UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TROY COWART | * | CIVIL ACTION NO. 18-1910 |
| VERSUS | * | JUDGE SARAH S. VANCE |
| LIFE INSURANCE COMPANY OF NORTH AMERICA | * | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing Joint Motion:

**IT IS HEREBY ORDERED** that all claims in the captioned matter be and they are hereby dismissed, with prejudice.

New Orleans, Louisiana this 27th day of August, 2018.

_____
**UNITED STATES DISTRICT COURT JUDGE**